in favor of plaintiff, defendant appeals. Affirmed. Louis Levy, for appellant. Abraham A. Joseph, for respondent.

HASCALL, J. The only plea urged upon us upon this appeal is consideration of exceptions taken to rulings upon questions propounded to a witness for plaintiff, and that we should therein find ground for reversal. Examination of the same shows no sufficient reason for disturbing the record below. The motion to dismiss the complaint was properly denied. Judgment and order appealed from are affirmed, with costs. All concur.

GOLDWASSER, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (City Court of New York, General Term. June 21, 1900.) Action by James Goldwasser against the Metropolitan Street-Railway Company. Judgment for plaintiff, and defendant appeals. Affirmed. Henry A. Robinson, for appellant. M. D. Steuer, for respondent.

McCARTHY, J. We find no good grounds urged by the appellant upon which to reverse the judgment herein. Judgment and order appealed from affirmed, with costs.

HASCALL, J., concurs.

GORDON v. CITY OF NIAGARA FALLS. (Supreme Court, Appellate Division, Fourth Department. May 29, 1900.) Action by Gertrude Gordon against the city of Niagara Falls.

PER CURIAM. Ordered, that the motion be granted and the appeal dismissed, with costs, including $10 costs of motion, unless the appellant within 10 days pays the $10 costs of motion and procures a written stipulation from the respondent's attorneys opening the default in serving proposed case and exceptions, or serves notice of motion for an order opening such default for the next special term practicable, and thereafter proceeds with due diligence to have the case settled, signed, and filed, on the authority of the opinion of WILLIAMS, J., in Vandenbergh v. Mathews (decided at this term) 65 N. Y. Supp. 365.

GORMAN v. FINN et al. (Supreme Court, Appellate Division, First Department. June 15, 1900.) Action by Amelia Gorman against Daniel E. Finn and others. No opinion. Motion denied.

GRAHAM, Appellant, v. BOYER, Respondent. (Supreme Court, Appellate Division, Second Department. June 12, 1900.) Action by Jennie Graham against Frank W. Boyer. No opinion. Judgment of the municipal court affirmed on argument, with costs.

GRAVES v. ROCKWELL. (Supreme Court, Appellate Division, Fourth Department. June 5, 1900.) Action by Maurice A. Graves against William D. Rockwell, impleaded, etc.

PER CURIAM. Ordered, that the motion to dismiss the appeal be granted, with costs, including $10 costs of this motion, unless the appellant within 10 days pays the $10 costs of the motion, and procures a written stipulation from the respondents opening his default with reference to signing and filing the case and exceptions, or serves motion papers for an order opening such default for the earliest term practicable, and thereafter proceeds with due diligence to have the case and exceptions resettled, signed, and filed, upon the opinion of WILLIAMS, J., in Vandenbergh v. Mathews, (decided at this term) 65 N. Y. Supp. 365.

GREENBERG, Respondent, v. AMERICAN TECHNICAL BOOK CO., Appellant. (City Court of New York, General Term. June 20, 1900.) Action on contract by Edward E. Greenberg against the American Technical Book Company. From a judgment in favor of the plaintiff, defendant appeals. Affirmed. Kellogg & Beckwith, for appellant. George C. Coffin, for respondent.

McCARTHY, J. While this case was not tried as closely as it might be, it seems to us to have been fairly left to the jury, and was one within their province for determination. The question of the nature of the contract, and what duties were devolved on and expected to be performed by the plaintiff, was fully explained, and we do not see any reason for disturbing the verdict. Judgment is affirmed, with costs. All concur.

GREENE et al., Appellants, v. COSTELLO, Respondent. (Supreme Court, Appellate Division, First Department. June 8, 1900.) Action by William C. Greene and others against John H. Costello. C. M. Demond, for appellants. L. L. Lewis, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

GREVE, Respondent, v. NEW YORK EL. R. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. June 22, 1900.) Action by Rebecca M. Greve against the New York Elevated Railroad Company and others. S. Smith, for appellants. S. H. Strong, for respondent.

PER CURIAM. Judgment modified by reducing the amount awarded for rental damages to $125 a year, thus reducing the judgment as entered to $1,664.04, and, as modified, affirmed, without costs to either party.

GRIMM, Respondent, v. GRIMM, Appellant. (Supreme Court, Appellate Division, Third Department. June 28, 1900.) Action by Amelia S. Grimm against Paul Grimm.

PER CURIAM. Judgment and order affirmed, with costs. All concur, except SMITH, J., not voting. See 50 N. Y. Supp. 1127.

HAFFEY, Appellant, v. LYNCH, Respondent. (Supreme Court, Appellate Division, First Department. June 8, 1900.) Action by Michael H. Haffey against Sarah Lynch. G. Strauss, for appellant. O. T. Hess, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 61 N. Y. Supp. 736.